AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tunheim, John R. | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

13E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 2. | Director | Federal Bar Association, Minnesota Chapter |
| 3. | Advisor, Chair | Advisory Board to the Hubert H. Humphrey School of Public Affairs at the University of Minnesota |
| 4. | Regent, Chair | Concordia College, Moorhead, MN |
| 5. | Board Member | Board of Advisors, University of Minnesota Law School, Minneapolis, MN |
| 6. | Committee Member, Past Chair | Executive Committee, National Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 7. | Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |
| 8. | Board Member | The Oslo Center for Peace and Human Rights-U.S. Foundation |
| 9. | Board Member | The Rand Institute for Civil Justice |
| 10. | Advisory Committee Member | Standing Committee of Law and National Security, American Bar Association |
| 11. | Member | Minnesota Law Review Alumni Advisory Board, University of Minnesota Law School |
| 12. | Executor | Estate ▇▇▇▇▇ |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | International Foundation for Electoral Systems - compensation (USAID directed and funded) | $10,394.84 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self employed Public Relations Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Feb. 2-5 | New Orleans, LA | Meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Criminal Justice Section | Jan. 8-9; June 22-23 | Washington, DC | Task Force | Transportation, meals and lodging |
| 3. | American Bar Association | August 2-4 | Chicago, IL | Meeting | Meals and lodging |
| 4. | Concordia College | June 18-21 | Aspen, CO | Program | Transportation, meals and lodging |
| 5. | Concordia College | April 27-29 | Moorhead, MN | Meeting | Transportation and lodging |
| 6. | Concordia College | May 10-12 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Tunheim, John R.** | 05/15/2013 |

| # | | | | |
| --- | --- | --- | --- | --- |
| 7. | Concordia College | Oct 2-6 | Moorhead, MN | Class (speaker) | Transporation and lodging |
| 8. | International Foundation for Electoral Systems (USAID directed and funded) | Feb. 11-19; Mar. 3-7 | Prisinta, Kosovo | Training | Transportation, meals and lodging |
| 9. | International Foundation for Electoral Systems (USAID dir | Feb. 23-24; June 21-22, Nov. 6-7 | Washington, DC | Program (speaker) | Transportation, meals and lodging |
| 10. | Checchi (USAID directed and funded) | Oct. 6-14 | Pristina and Peja, Kosovo | Training | Transportation, meals and loding |
| 11. | Regional Dialogue Branch Office in Uzbekistan (USAID funded) | Oct. 14-2; Nov. 17-24 | Tashkent, Uzbekistan | Training | Transportation, meals and lodging |
| 12. | Pittsburgh Law School | Oct. 23-25 | Pittsburg, PA | CLE (teach) | Transportation, meals and lodging |
| 13. | RAND Corp. | Oct. 25-26 | Washington, DC | Meeting | Transportation and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | | None | M | T | | | | | |
| 4. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 5. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 6. Schwab Advisory Cash Reserve | A | Dividend | J | T | | | | | |
| 7. American Funds: American Balanced Fund C1 F | C | Dividend | | | Sold | 9/17/12 | J | A | |
| 8. Dodge & Cox Balanced | A | Dividend | | | Sold | 9/17/12 | L | B | |
| 9. American Funds: Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 10. American Funds: Investment Co of America C1 F | B | Dividend | K | T | | | | | |
| 11. Baron Asset | B | Dividend | K | T | | | | | |
| 12. American Funds: Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 13. Royce Total Return | B | Dividend | K | T | | | | | |
| 14. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 15. American Funds: Capitol Income Builder | B | Dividend | K | T | | | | | |
| 16. Schwab Advisor Cash Reserve | | None | J | T | | | | | |
| 17. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: Investment Co. of America C1 R3 | A | Dividend | K | T | | | | | |
| 19. American Funds: EuroPacific Fund | A | Dividend | J | T | | | | | |
| 20. American Funds: American Balanced CL R3 | A | Dividend | K | T | | | | | |
| 21. American Funds: Bond Fund of America | A | Dividend | K | T | | | | | |
| 22. Vanguard Selected Value | A | Dividend | J | T | | | | | |
| 23. Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 24. American Funds: Bond Fund of America Cl a [edj] (X) | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 25. American Funds: Capital Incom Bldr Fund A [edj] (X) | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 26. American Funds: Capital World Grw & Inc Fund A[edj] (X) | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 27. American Funds: Washington Mutual Invs Fd Cl A [edj] (X) | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 28. Estate (X) | | None | M | S | | | | | |
| 29. -_____ Marshall County, MN ($90,000) | | | | | | | | | |
| 30. -____, Pelican Rapids, MN ($75,000) | | | | | | | | | |
| 31. Thrivent Financial for Lutherans: Deferred Income (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544